## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
EVNA T. LAVELLE &                        )
LAVENIA LAVELLE,                         )
                                         )
          Plaintiffs,                 )
                                         )
          v.                          )      Civil Action No. 16-1082 (RBW)
                                         )
STATE FARM MUTUAL AUTOMOBILE             )
INSURANCE COMPANY,                       )
                                         )
          Defendant.                  )
_____)

### ORDER

      In accordance with the Court's oral rulings at the initial scheduling conference held on this same date, it is hereby

      **ORDERED** that the plaintiffs shall file their motion for class certification, including any Rule 26 expert reports in support thereof, on or before August 1, 2017.  It is further

      **ORDERED** that the defendant shall file its opposition to the plaintiffs' motion, including any Rule 26 expert reports in support thereof, on or before December 1, 2017.  It is further

      **ORDERED** that the plaintiffs shall file their reply in support of their motion, including any Rule 26 rebuttal expert reports, on or before February 16, 2018.  It is further

      **ORDERED** that the parties shall conclude discovery regarding class certification on or before March 16, 2018.  It is further

      **ORDERED** that the parties shall file any Daubert motions or motions in limine regarding any Rule 26 expert reports that have been filed on or before March 16, 2018.  It is further

      **ORDERED** that the parties shall file any responses to any Daubert motions or motions in limine regarding the Rule 26 expert reports on or before April 16, 2018.  It is further

**ORDERED** that the parties shall appear for a status conference on July 17, 2018, at 10:00 a.m., which is the target date for resolving any <u>Daubert</u> motions or motions in limine that have been filed by the parties.

**SO ORDERED** this 20th day of April, 2017.

REGGIE B. WALTON
United States District Judge