### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVNA T. LAVELLE and LAVENIA LAVELLE, individually and as the representative of all persons similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action File<br>)  No. 1:16-cv-01082-RBW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Evna T. LaVelle and LaVenia LaVelle and Defendant State Farm Mutual Automobile Insurance Company stipulate to the dismissal with prejudice of all claims in this case, with each party to bear her or its own costs, expenses, and attorneys' fees.

Stipulated to this 17th day of October, 2019.

[signatures on following page]

| | |
|---|---|
| /s/ Jacob M. Lebowitz | /s/ Gail L. Westover |
| Jacob M. Lebowitz (DC Bar No. 483742)<br>POSEY LEBOWITZ PLLC<br>3221 M Street NW<br>Washington D.C. 20007<br>202.524.0123 (T)<br>202.810.9009 (F)<br>jlebowitz@poseylebowitz.com | Gail L. Westover (DC Bar No. 4451263)<br>Wilson G. Barmeyer (DC Bar No. 987107)<br>EVERSHEDS SUTHERLAND (US) LLP<br>700 Sixth Street, NW, Suite 700<br>Washington, D.C. 20001-3980<br>202.383.0100 (T)<br>202.637.3593 (F)<br>gailwestover@eversheds-sutherland.com<br>wilsonbarmeyer@eversheds-sutherland.com |
| Jonathan B. Nace (DC Bar No. 985718)<br>NIDEL & NACE, PLLC<br>5335 Wisconsin Ave, NW, Suite 440<br>Washington D.C. 20015<br>202.478.9677 (T)<br>301.963.8135 (F)<br>jon@nidellaw.com | Thomas W. Curvin (*pro hac vice*)<br>Tracey K. Ledbetter (*pro hac vice*)<br>EVERSHEDS SUTHERLAND (US) LLP<br>999 Peachtree Street, NE, Suite 2300<br>Atlanta, GA 30309-3996<br>404.853.8000 (T)<br>404.853.8806 (F)<br>tomcurvin@eversheds-sutherland.com<br>traceyledbetter@eversheds-sutherland.com<br>brittanycambre@eversheds-sutherland.com |
| Charles Hunter (*pro hac vice*)<br>REICH & BINSTOCK<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027<br>281.768.4731 (T)<br>713.583.7047 (F)<br>chunter@reichandbinstock.com | *Attorneys for Defendant State Farm Mutual Automobile Insurance Company* |
| *Attorneys for Plaintiffs Evna T. LaVelle and LaVenia LaVelle* | |

## CERTIFICATE OF SERVICE

This is to certify that on October 17, 2019, I electronically filed the foregoing **Stipulation of Dismissal** with the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following:

>Jonathan B. Nace
>NIDEL & NACE, P.L.L.C.
>2201 Wisconsin Avenue, NW, Suite 200
>Washington, D.C. 20007
>jon@nidellaw.com
>
>Jacob M. Lebowitz
>POSEY LEBOWITZ PLLC
>3221 M Street NW
>Washington, D.C. 20007
>jlebowitz@poseylebowitz.com
>
>Charles Hunter
>REICH & BINSTOCK LLP
>4265 San Felipe Street, Suite 1000
>Houston, TX 77027
>chunter@reichandbinstock.com

>/s/ Gail L. Westover
>Gail L. Westover (DC Bar No. 4451263)
>EVERSHEDS SUTHERLAND (US) LLP
>700 Sixth Street, NW, Suite 700
>Washington, D.C. 20001-3980
>202.383.0100 (T)
>202.637.3593 (F)
>gailwestover@eversheds-sutherland.com
>
>*Attorney for Defendant State Farm Mutual Automobile Insurance Company*